IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY WADDLE,

        Plaintiff,                  No. CIV S-08-0372 MCE KJM P

    vs.

CORRECTIONAL OFFICER GARRETT,
et al.

        Defendants.          <u>ORDER</u>

/

        On June 4, 2008, the court directed plaintiff to file a status report within ninety days of that order and directed defendants to file their status report thirty days after plaintiff's report was filed. Plaintiff has timely filed a status report; defendants have not complied with the court's order nor sought additional time in which to comply.

        IT IS THEREFORE ORDERED that defendants file their status report within fifteen days of service of this order.

DATED: October 30, 2008.

                                 U.S. MAGISTRATE JUDGE

2/wadd0372.sts