1 | EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
2 | DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
3 | ANTHONY P. O'BRIEN, State Bar No. 232650
Deputy Attorney General
4 | 1300 I Street, Suite 125
P.O. Box 944255
5 | Sacramento, CA 94244-2550
Telephone: (916) 323-6879
6 | Fax: (916) 324-5205
E-mail: Anthony.OBrien@doj.ca.gov
7 | *Attorneys for Defendants Walker and Garrett*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**JEREMY WADDLE,**

Plaintiff,

v.

**GARRETT, ET AL.,**

Defendant.

Case No. 2:08-cv-00372-BMK (PC)

**STIPULATION AND ORDER VACATING THE SCHEDULING ORDER AND STAYING LITIGATION PENDING SETTLEMENT NEGOTIATION**

The parties stipulate to vacate all pending deadlines set in the Court's May 15, 2009 scheduling order, and stay this action for 120 days to permit the parties to negotiate a settlement.

/ / /

/ / /

/ / /

1

1    The requested stay will allow time for Defendants to obtain settlement authority, and for the
2 parties to attempt to negotiate a settlement or arrange for a settlement conference.  If no
3 settlement is reached at the end of 120 days, the parties will either seek additional time to reach a
4 settlement, or request that the Court lift the stay and issue a new order rescheduling all pending
5 deadlines.  If the stay is lifted, the parties will proceed with litigation of this action.
6    IT IS SO STIPULATED.

7
8    Dated:  October 16, 2009         */s/ John Robert Parker*_____
                                       JOHN ROBERT PARKER
9                                      Attorney for Plaintiff Jeremy Waddle
10

11    Dated:  October 16, 2009         */s/ Anthony P. O'Brien*_____
                                       ANTHONY P. O'BRIEN
12                                     Attorney for Defendants Walker and Garrett
13

14                                  **ORDER**

15    Having reviewed the stipulation of the parties, and good cause showing, the stipulation is
16 the order of the Court.
17    IT IS SO ORDERED.
18    DATED:  Honolulu, Hawaii, October 19, 2009.
19

20 
21
                                        /S/ Barry M. Kurren_____
22                                      Barry M. Kurren
                                        United States Magistrate Judge
23
24
25
26
27
28

2