IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY WADDLE, | Case No. 2:08-cv-00372-BMK (PC) |
| Plaintiff, | ORDER |
| vs. | |
| GARRETT, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983.  This case will be referred to District Court Judge Morrison C. England, Jr., to conduct a settlement conference on March 26, 2010, at 9:00 a.m.  A separate order and writ of habeas corpus ad testificandum to transport the plaintiff from California Substance Abuse Treatment Facility and State Prison (SATF-CSP, Corcoran) will issue forthwith.

In accordance with the above,  IT IS HEREBY ORDERED that:

    1. This case is set for mediation on March 26, 2010, at 9:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #7.

    2. The parties are directed to provide confidential settlement conference statements to Sujean Younger, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento, California 95814, so that they arrive no later than March 19, 2010.

1    DATED: HONOLULU, HAWAII February 5, 2010.

        /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge