## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

Jeremy Waddle,

        Plaintiff,                    Case No. 2:08-cv-00372-BMK (PC)

  vs.

Garrett, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Jeremy Waddle, inmate # K-49974, a necessary and material witness in proceedings in this case on March 26, 2010, is confined in California Substance Abuse Treatment Facility and State Prison (SATF-CSP, Corcoran), 900 Quebec Avenue, Corcoran, California, 93212, in the custody of Warden Ken Clark; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Court Judge Morrison C. England, Jr., at the U.S. District Court, 501 I Street, Courtroom #7, Sacramento, California 95814, on March 26, 2010 at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a mediation conference at the time and place above, until completion of the mediation conference or as ordered by Judge England; and thereafter to return the inmate to the above institution;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Ken Clark, California Correctional Institution, P.O. Box 7100, Corcoran, California, 93212:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge England at the U.S. District Courthouse in Sacramento at the time and place above, until completion of the mediation conference or as ordered by Judge England; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: HONOLULU, HAWAII, February 5, 2010.



    /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

wadd0372.841