1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
3  ANTHONY P. O'BRIEN, State Bar No. 232650
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-6879
6   Fax: (916) 324-5205
    E-mail: Anthony.OBrien@doj.ca.gov
7  *Attorneys for Defendants
   Walker and Garrett*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JEREMY WADDLE,** | 2:08-cv-00372-BMK (PC) |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE LITIGATION STAY PENDING SETTLEMENT NEGOTIATION** |
| v. | |
| **GARRETT, ET AL.,** | |
| Defendant. | |

On October 20, 2010, the Court ordered a stay in litigation for 120 days to allow the parties an opportunity to negotiate a settlement of this matter. Since then, the parties have scheduled a settlement conference on March 26, 2010, with the Honorable Morrison C. England at the U.S. District Court in Sacramento, California. Since this date is beyond the 120 day litigation stay initially ordered by the Court, the parties stipulate to extend the litigation stay until April 12, 2010.

/ / /

/ / /

/ / /

1

The requested stay will allow time for the parties to attempt to negotiate a settlement. If no settlement is reached by April 12, 2010, the parties request that the Court lift the stay. If the stay is lifted, the parties will proceed with litigation of this action, consistent with the deadlines to be issued by the Court during the February 18, 2010 scheduling conference.

IT IS SO STIPULATED.

Dated: February 9, 2010      */s/ John Robert Parker*_____
JOHN ROBERT PARKER
Attorney for Plaintiff Jeremy Waddle

Dated: February 9, 2010      */s/ Anthony P. O'Brien*_____
ANTHONY P. O'BRIEN
Attorney for Defendants Walker and Garrett

## ORDER

Having reviewed the stipulation of the parties, and good cause showing, the stipulation is the order of the Court.

IT IS SO ORDERED.
Dated: February 11, 2010.

 /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

2