IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY WADDLE,

        Plaintiff,                    No. CIV S-08-372 KJM P

        vs.

CORRECTIONAL OFFICER GARRETT, et al.,

        Defendants                <u>ORDER</u>

/

        In light of the parties' consent to the jurisdiction of the magistrate judge, the district court referred this case to the undersigned, who accepts the referral.

        This case is put on calendar on Wednesday, June 30, 2010 at 10:00 a.m. in Courtroom Twenty-Six for status and trial setting.

        IT IS SO ORDERED.

DATED: June 15, 2010.

_____
U.S. MAGISTRATE JUDGE

2
wadd0372.ord

1