IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY WADDLE,

      Plaintiff,                    No. CIV S-08-0372 KJM P

    vs.

GARRETT, et al.,

      Defendants.          ORDER

_____/

        In light of the parties' notification that the case has settled, the remaining dates in the court's scheduling order of July 6, 2010 are hereby vacated and the parties are directed to file dispositional documents within sixty days of the date of this order.

        IT IS SO ORDERED.

DATED: October 21, 2010.

                                                  U.S. MAGISTRATE JUDGE

2

wadd0372.ord

1