IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY WADDLE,

        Plaintiff,                  No. 08-cv-0372-CKD P

    vs.

GARRETT,

        Defendant.        <u>ORDER</u>

_____/

        All parties have stipulated that this action be dismissed with prejudice. (Doc. No. 54.) Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED: August 5, 2011

                                      /s/ Carolyn K. Delaney
                                  _____
                                  CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE

2
wadd0372.59c